```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

MICHAEL LUNA, JR.,                   :
                                     :
      Petitioner               :    No. 1:14-CV-01060
                                     :
  vs.                                :    (Judge Kane)
                                     :
WARDEN D. ZICKEFOOSE,                :
                                     :
      Respondent               :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Luna's petition for writ of habeas corpus (Doc. 1) is dismissed.

2. The Clerk of Court is directed to close this case.

                S/ Yvette Kane
                Yvette Kane
                United States District Judge

Date: February 4, 2015